James P. Keenley (Bar No. 253106)
Emily A. Bolt (Bar No. 253109)
Brian H. Kim (Bar No. 215492)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095

Attorneys for Plaintiff
MARIA ROJAS

Nicole Y. Blohm (Bar No. 177284)
nblohm@mmhllp.com
Charles K. Chineduh (Bar No. 273258)
cchineduh@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MARIA ROJAS, | Case No. 3:21-cv-08815-JST |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** |
| vs. | **[PROPOSED] ORDER** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

LAW OFFICES
MESERVE, MUMPER & HUGHES LLP

178457.1

1

Case No. 3:21-cv-08815-JST
JOINT STIP TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER

1    IT IS HEREBY STIPULATED, by and between Plaintiff MARIA ROJAS and Defendant
2    LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their respective attorneys
3    of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant
4    to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear her or its own attorneys'
5    fees and costs.
6    The parties further stipulate all dates be vacated and taken off the Court's calendar.
7    The parties seek the Court's approval of the dismissal of the action with prejudice.
8    **IT IS SO STIPULATED.**

10   Dated:  February 15, 2022        BOLT KEENLEY KIM LLP
                                      James P. Keenley
11                                    Emily A. Bolt
                                      Brian H. Kim

14                                    By:    */s/ James P. Keenley*
                                      James P. Keenley
                                      Attorneys for Plaintiff
15                                    MARIA ROJAS

17   Dated:  February 15, 2022        MESERVE, MUMPER & HUGHES LLP
                                      Nicole Y. Blohm
                                      Charles K. Chineduh

19                                    By:    */s/ Charles K. Chineduh*
                                      Charles K. Chineduh
20                                    Attorneys for Defendant
                                      LIFE INSURANCE COMPANY OF
21                                    NORTH AMERICA

23                        **Filer's Attestation - Local Rule 5-1.(i)(3)**

24   The filing attorney attests that he has obtained concurrence regarding the filing of this
25   document and its content from the signatories to this document.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

178457.1

2

Case No. 3:21-cv-08815-JST
JOINT STIP TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER

# ORDER

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case 3:21-cv-08815-JST, is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: February 25, 2022

_____
Hon. Jon S. Tigar
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178457.1

3

Case No. 3:21-cv-08815-JST
JOINT STIP TO DISMISS ENTIRE ACTION
WITH PREJUDICE; [PROPOSED] ORDER